# BLANK ROME LLP
COUNSELORS AT LAW

Phone:  (212) 885-5148
Fax:    (917) 332-3838
Email:  LLambert@BlankRome.com

August 27, 2008

**BY HAND**

Honorable Harold Baer
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St., Room 23B
New York, NY 10007

<div style="border:1px solid">
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
</div>

      Re:  Nordana Project & Chartering, A/S v. Tongli Shipping
             Co. Limited
             08 Civ. 5867 (HB)
             Our Ref. No. 129688-00602

Dear Judge Baer:

      We represent plaintiff Nordana Project & Chartering, A/S and refer to the letter from Ms. Eckhouse dated June 4, 2008, Scheduling an Initial Pretrial Conference, at 3:00 p.m. on Thursday, September 4. This action is a by now familiar "Rule B" action. Plaintiff seeks to attach $772,034.00. The merits of the underlying dispute will be resolved by arbitration in Hong Kong. To date, we have attached the amount of $26,775.56 and given Defendant (in Yantai, China) notice of the attachment pursuant to Local Rule B.2. We are continuing daily service in the hope of fully securing Plaintiff's claim. We have not been contacted by Defendant or by any attorney on its behalf.

      We respectfully request that the Court adjourn the conference, dispense with its usual pretrial order and procedures, and direct instead that plaintiff provide a further status report on or before October 31, 2008.

      We also enclose courtesy copies of the Complaint and Rule 7.1 Statement.

Page 2

We are of course at the Court's disposal to address any questions or concern the Court may have and otherwise thank the Court in advance for its consideration and action upon this request.

Very truly yours,

LeRoy Lambert

LRL/mg
Enclosures

cc:   Tongli Shipping Co., Ltd.
      Rm 1506, 1508, 1510,
      Qili Mansion,
      80 Chaoyang St.,
      Yantai, China

      Attention of Any Officer

*[Handwritten note:]* Our fault the conference was not entered — request on [illegible]

Harold Baer, Jr., U.S.D.J.
Date: 9/2/08

129688.00602/6664746v.1

Endorsement:

　　　Our fault the conference is adjourned sine die - status report on October 31, 2008.